**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,
            *Plaintiff-Appellee,*

            v.

RAUL ORTUNO-HIGAREDA,
            *Defendant-Appellant.*

No. 04-10257

D.C. No.
CR-00-00786-
1-JMR
District of Arizona,
Tucson

ORDER

Filed March 16 2007

Before: Mary M. Schroeder, Chief Circuit Judge,
J. Clifford Wallace, Stephen Reinhardt,
Diarmuid F. O'Scannlain, Pamela Ann Rymer,
Michael Daly Hawkins, Sidney R. Thomas,
Barry G. Silverman, Susan P. Graber,
Kim McLane Wardlaw, Raymond C. Fisher,
Richard A. Paez, Marsha S. Berzon, Richard C. Tallman, and
Jay S. Bybee, Circuit Judges.

---

## ORDER

In light of the information furnished to us by the parties in response to our order of March 13, 2007, the appeal is dismissed as moot. The three-judge panel opinion, published at 450 F.3d 406 (9th Cir. 2006), is vacated.

PRINTED FOR
ADMINISTRATIVE OFFICE—U.S. COURTS
BY THOMSON/WEST—SAN FRANCISCO

The summary, which does not constitute a part of the opinion of the court, is copyrighted
© 2007 Thomson/West.